## ORDER

PER CURIAM

AND NOW, this 24th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.

Robert DUNCAN, Petitioner

v.

COMMONWEALTH of Pennsylvania, Department of Transportation, Bureau of Driver Licensing, Respondent

No. 270 EAL 2016

Supreme Court of Pennsylvania.

October 24, 2016

## ORDER

PER CURIAM

AND NOW, this 24th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.

Debbie HUGHEY, Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD (ANDORRA WOODS HEALTHCARE CENTER, aka—Lyric Health Care, aka—Encore Healthcare, aka—Rest Heaven, Esis Northeast WC Claims, Gallagher Bassett Services, Inc., Ace American Insurance Company and Pennsylvania Uninsured Employers Guaranty Fund), Respondents

Debbie Hughey, Petitioner

v.

Workers' Compensation Appeal Board (Andorra Woods Healthcare Center, aka—Lyric Health Care, aka—Encore Healthcare, aka—Rest Heaven, Esis Northeast WC Claims, Gallagher Bassett Services Inc., Ace American Insurance Company and Pennsylvania Uninsured Employers Guaranty Fund), Respondents

Debbie Hughey, Petitioner

v.

Workers' Compensation Appeal Board (Andorra Woods Healthcare Center, aka—Lyric Health Care, aka—Encore Healthcare, aka—Rest Heaven, Esis Northeast WC Claims, Gallagher Bassett Services Inc., Ace American Insurance Company and Pennsylvania Uninsured Employers Guaranty Fund), Respondents

No. 259 EAL 2016
No. 260 EAL 2016
No. 261 EAL 2016

Supreme Court of Pennsylvania.

October 24, 2016

## ORDER

PER CURIAM

AND NOW, this 24th day of October, 2016, the Petition for Allowance of Appeal, Application for Relief, Application to Expedite, and Application for Leave to File Post-Submission Communication are **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Ronald West HARSHMAN, Petitioner

No. 456 MAL 2016

Supreme Court of Pennsylvania.

October 24, 2016

## ORDER

PER CURIAM

AND NOW, this 24th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**

IN RE: The ADOPTION OF L.G.L.S., a minor

Petition of: C.P. and P.E.P.

No. 343 WAL 2016

Supreme Court of Pennsylvania.

October 25, 2016

## ORDER

PER CURIAM

AND NOW, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Krista EVELAND, Petitioner

No. 258 WAL 2016

Supreme Court of Pennsylvania.

October 25, 2016

## ORDER

PER CURIAM

AND NOW, his 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**